# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                   Chapter 13

                                   Bankruptcy No. 18-16560-AMC

RICHARD  KUBACKI

2114 CARVER STREET

PHILADELPHIA, PA 19124

        Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

   Debtor(s), at the address listed, by first class mail.

RICHARD  KUBACKI

2114 CARVER STREET

PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020

                                 /S/ William C. Miller

Date: 12/13/2018                       _____

                                 William C. Miller, Esquire
                                 Chapter 13 Standing Trustee