UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| RICHARD KUBACKI | : | 4/9/19 11:00 A.M. |
| | : | Courtroom # 2 |
| | : | |
| | : | Case No. 18-16560 |

**ANSWER TO MOTION FOR RELIEF FROM
AUTOMATIC STAY**

1.    Admitted.

2.    Admitted

3.    Admitted.

4.    Admitted.

5.    Admitted.

6.    Denied.  Debtor denies that he has failed to make the stated payments as listed
and avers that Movant is holding payment(s) in abeyance without crediting his
account.   However, if debtor has missed any payments, he wishes to enter into a
stipulation allowing him to repay any post-petition arrearages through the
remainder of his Chapter 13 plan.

7.    Denied.

8.    Denied.

9.    Denied.

10.    Denied.

11.    Denied.

WHEREFORE, it is requested that this Honorable Court DENY and DISMISS movant's Motion for Relief from the Automatic Stay, or in the alternative approve a stipulation permitting the Debtors to become current on any missed post-petition payments.


Respectfully Submitted,

YOUNG, MARR & ASSOCIATES


By:          /s/Paul H. Young
             Paul H. Young, Esquire
             Attorney for Debtors
             3554 Hulmeville Road, Suite 102
             Bensalem, PA 19020
             P: 215-639-5297
             F: 215-639-1344
             support@ymalaw.com