United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-16560-amc
Richard Kubacki                                                           Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Jul 01, 2019
                             Form ID: pdf900           Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2019.
db            +Richard Kubacki,   2114 Carver Street,   Philadelphia, PA 19124-1610
14206869      +KML Law Group,   Mellon Independence Center,   701 Market St.,   Suite 5000,
               Philadelphia, PA 19106-1541
14230662      +Philadelphia Gas Works,   800 W Montgomery Avenue,   Philadelphia Pa 19122-2898,
               Attn: Bankruptcy Dept 3F
14228663       Pinnacle Credit Services, LLC its successors and,   assigns as assignee of Cellco,
               Partnership d/b/a Verizon Wireless,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
14262305      +U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE P,   211 N. Front St.,
               Harrisburg, PA 17101-1406
14206870      +U.S. Bank N.A.,   Trustee for the PHFA,   211 North Front Street,   PO Box 15057,
               Harrisburg, PA 17105-5057
14245362      +U.S. Bank National Association,   c/o Rebecca A. Solarz, Esquire,   KML Law Group, P.C.,
               701 Market Street, Suite 5000,   Philadelphia, Pa 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Jul 02 2019 03:23:19     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 02 2019 03:22:54
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 02 2019 03:23:15     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2019 03:30:54     Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14294926       E-mail/Text: megan.harper@phila.gov Jul 02 2019 03:23:19     City of Philadelphia,
               c/o Pamela Elchert Thurmond,   Law Department  Tax & Revenue Unit,   Bankruptcy Group, MSB,
               1401 John F. Kennedy Blvd., 5th Floor,   Philadelphia, PA  19102-1595
14207185      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 02 2019 03:30:56
               PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2019                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2019 at the address(es) listed below:
              PAUL H. YOUNG    on behalf of Debtor Richard  Kubacki support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 4

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD KUBACKI                          Chapter 13


                          Debtor              Bankruptcy No. 18-16560-AMC


### Order Dismissing Chapter 13 Case and
### <u>Directing Counsel to File Master Mailing List</u>

      **AND NOW**, this <u>1st</u> day of <u>July</u>, 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

      **ORDERED**, that any wage orders are hereby vacated.


_____
                          Ashely M. Chan
                          Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020


Debtor:
RICHARD KUBACKI

2114 CARVER STREET

PHILADELPHIA, PA 19124